# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Larry Barber,<br><br>    Plaintiff<br><br>v.<br><br>Tito Buencamino, et al.,<br><br>    Defendants | 2:16-cv-02111-JAD-GWF<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 14] |

On July 24, 2017, I screened pro se plaintiff Larry Barber's civil-rights complaint and gave him until August 23, 2017, to file an amended complaint.[1] He now asks me to extend that deadline to September 8, 2017, because his scheduled library time will not permit him to complete his amended complaint in time.[2] Good cause appearing, IT IS HEREBY ORDERED that the motion to extend time **[ECF No. 14] is GRANTED. Plaintiff's deadline to file an amended complaint is extended to September 8, 2017.**

    DATED: August 22, 2017

                                                        _____
                                                        Jennifer A. Dorsey
                                                        United States District Judge

---

[1] ECF No. 12.

[2] ECF No. 14.