ADAM PAUL LAXALT
  Attorney General
JARED M. FROST (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-3177 (phone)
(702) 486-3773 (fax)
Email: jfrost@ag.nv.gov
*Attorneys for Alberto Buencamino*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY BARBER,<br><br>        Plaintiff,<br><br>v.<br><br>TITO BUENCAMINO, *et al.*,<br><br>        Defendants. | Case No. 2:16-cv-02111-JAD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 31 |

It is stipulated and agreed by and between Larry Barber, Plaintiff *pro se*, and Defendant Alberto Buencamino, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs. This stipulation is made and based on a Settlement Agreement

///

///

///

///

reached by the parties. The parties further state that they have resolved this matter in its entirety, and that the Court may accordingly close the case.

DATED November 29th, 2018.

DATED December 4, 2018.

ADAM PAUL LAXALT
Nevada Attorney General

_____
Larry Barber

*Plaintiff Pro Se*

By: _____
Jared M. Frost
Senior Deputy Attorney General
Office of the Nevada Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101

*Attorneys for Defendant Buencamino*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 10, 2018